United States District Court
Southern District of Texas
**ENTERED**
January 04, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IGNACIO H. MENDOZA, | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. H-18-609 |
| AVIS BUDGET CAR RENTAL, LLC, and JOHN DOE, | § § § § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

The court has conducted a de novo review of the Magistrate Judge's Memorandum and Recommendation (Docket Entry No. 30), to which no objections have been filed. The court finds that the Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 4th day of January, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE